IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL BUTLER,

       Plaintiff,                           CV F 02 5765 AWI  WMW P

  vs.                                         ORDER

DERRAL ADAMS, et al.,

       Defendants.

       On March 14, 2007, an order was entered, referring this case to this Court to set a scheduling order and for further proceedings.   This action was originally dismissed on Defendants' motion to dismiss for failure to exhaust available administrative remedies.  In light of new law, the U.S. Court of Appeals for the Ninth Circuit reversed the order of dismissal.

       Accordingly, IT IS HEREBY ORDERED that Defendants shall file a further response to the operative pleading.  Defendants' response is due sixty days from the date of service of this order.

IT IS SO ORDERED.

**Dated:   March 16, 2007**                 /s/  **William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE

1