IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARLBUTLER,

        Plaintiff,                              CV F 02 5765 AWI WMW P

   vs.                                   ORDER CONSTRUING COPY OF
                                          DEATH CERTIFICATE AS SUGGESTION
                                          DEATH UPON THE RECORD

DERRAL ADAMS, et al.,

        Defendants.

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On January 11, 2008, counsel for Defendants filed a Statement of Death of Plaintiff Earl Butler. The statement indicates that Plaintiff died on December 28,2007. Pursuant to Fed. R. Civ. P. 25(a)(1), successors or representatives of a deceased party may make a motion for substitution "not later than 90 days after the death is suggested upon the record" and continue the action. The court accepts the January 11, 2008, statement as a suggestion of death upon the record. Under Rule 25(a)(1), unless a motion for substitution is made, "the action shall be

dismissed as to the deceased party." Absent such a statement, this case will be dismissed on April 15, 2008.

       IT IS SO ORDERED.

**Dated:   January 15, 2008**　　　　　　　　　　　　　／s／  **William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2