1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    EARL BUTLER,

9              Plaintiff,              1:02-CV- 5765 AWI WMW PC

10        vs.                          ORDER DISMISSING ACTION

11

12   DERRAL ADAMS, et al.,

13             Defendants.

14

15        This is a civil rights action brought by Plaintiff proceeding pro se.  Plaintiff seeks relief

16   pursuant to 42 U.S.C. § 1983.

17        On November 19, 2007, Plaintiff filed a notice of appeal of the November 7, 2007, order

18   denying his motion for the appointment of counsel.  On December 11, 2007, Plaintiff's appeal

19   was processed by the Clerk's Office.  On January 7, 2008, the appeal documents served upon

20   Plaintiff were returned to the court by the U.S. Postal Service, indicating that the documents were

21   undeliverable due to Plaintiff's death.

22        On January 15, 2008, a suggestion of death upon the record was entered pursuant to

23   Federal Rule of Civil Procedure 25(a)(1).  The order suggesting death upon the record indicated

24   that successors or representatives of the deceased party may make a motion for substitution not

25   later than 90 days after the death is suggested upon the record.  Ninety days have expired since

26

the suggestion of death upon the record was entered.  There has been no motion for substitution, or any other response to the suggestion of death upon the record.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    April 16, 2008**                                    _____/s/ Anthony W. Ishii_____
                                                                UNITED STATES DISTRICT JUDGE